```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

MICHAEL BRAHAM,                  :
                                 :
    Plaintiff,                   :
                                 :
    v.                           :         CASE NO. 3:08cv1564(DFM)
                                 :
THERESA LANTZ, et al.,           :
                                 :
    Defendants.                  :


<u>WRIT OF HABEAS CORPUS</u>

TO: LEO ARNONE, COMMISSIONER OF CORRECTIONS, STATE OF CONNECTICUT, THE WARDEN OF CHESHIRE CORRECTIONAL INSTITUTION, OR ANY OF THEIR PROPER DEPUTIES,

WHEREAS, **MICHAEL BRAHAM**, inmate #231451, is confined at the Cheshire Correctional Institution, Cheshire, Connecticut, in the custody of the Commissioner of Corrections and a settlement conference in this matter is scheduled to take place on **January 17, 2013 at 10:30 a.m.**, and

WHEREAS it is necessary for the said **MICHAEL BRAHAM** to be before this Court for said proceeding,

You are hereby commanded to deliver the said **MICHAEL BRAHAM**, inmate #231451, to appear at the scheduled proceeding before the U.S. District Court, East Courtroom, 450 Main Street, Hartford, Connecticut, on **January 17, 2013 at 10:30 a.m.**, and to be returned to your custody immediately the conclusion of the settlement conference.

SO ORDERED at Hartford, Connecticut this 9th day of January, 2013.

                                            _____/s/_____
                                            Donna F. Martinez
                                            United States Magistrate Judge