```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
MICHAEL BRAHAM,                     :
                                    :
      Plaintiff,                    :
                                    :
      v.                            :    CASE NO.  3:08cv1564(DEW)
                                    :
THERESA LANTZ, et al.,              :
                                    :
      Defendants.                   :
```

<u>WRIT OF HABEAS CORPUS</u>

TO: James Dzurenda, Commissioner of the Connecticut Department of Correction, Jon Brighthaupt, the Warden of Cheshire Correctional Institution, or any of their Deputies,

WHEREAS, **MICHAEL BRAHAM**, inmate #231451, is confined at the Cheshire Correctional Institution, Cheshire, Connecticut, in the custody of the Commissioner of the Connecticut Department of Correction and oral argument is scheduled in this matter to take place Wednesday, **January 15, 2014** at **10:30 a.m.** and

WHEREAS it is necessary for the said **MICHAEL BRAHAM** to be before this court for said proceeding,

You are hereby commanded to deliver the said **MICHAEL BRAHAM** inmate #231451 to appear at the scheduled proceeding in the East Courtroom of the U.S. District Court for the District of Connecticut, 450 Main Street, Hartford, Connecticut, on **January 15, 2014** at **10:30 a.m.,** and to be returned to your custody immediately upon the conclusion of the proceeding.

SO ORDERED at Hartford, Connecticut this 8th day of January, 2014.

                         _____/s/_____
                         Donna F. Martinez
                         United States Magistrate Judge