```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
MICHAEL BRAHAM,                       :
                                      :
     Plaintiff,                       :
                                      :
     v.                               :    CASE NO.  3:08cv1564(DEW)
                                      :
THERESA LANTZ, et al.,                :
                                      :
     Defendants.                      :
```

WRIT OF HABEAS CORPUS

TO: James Dzurenda, Commissioner of the Connecticut Department of Correction, Edward Maldonado, the Warden of Osborn Correctional Institution, or any of their Deputies,

WHEREAS, **RICHARD KEITH**, inmate #318181, is confined at the Osborn Correctional Institution, Somers, Connecticut, in the custody of the Commissioner of the Connecticut Department of Correction and trial is scheduled in this matter to take place in which he is expected to testify **Tuesday, April 1, 2014 at 9:30 a.m.** and

WHEREAS it is necessary for the said **RICHARD KEITH** to be before this court for said proceeding,

You are hereby commanded to deliver the said **RICHARD KEITH** inmate #318181 to appear at the scheduled proceeding in **Courtroom 1** of the U.S. District Court for the District of Connecticut, 450 Main Street, Hartford, Connecticut, on **April 1, 2014** at **9:30 a.m.**, and to be returned to your custody immediately upon the conclusion of the proceeding.

SO ORDERED at Hartford, Connecticut this 18th day of March, 2014.

                              _____/s/_____
                              Donna F. Martinez
                              United States Magistrate Judge