```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
MICHAEL BRAHAM,                      :
                                     :
     Plaintiff,                      :
                                     :
     v.                              :    CASE NO.  3:08cv1564(DEW)
                                     :
THERESA LANTZ, et al.,               :
                                     :
     Defendants.                     :
```

## WRIT OF HABEAS CORPUS

TO:  James Dzurenda, Commissioner of the Connecticut Department of Correction, Jon Brighthaupt, the Warden of Cheshire Correctional Institution, or any of their Deputies,

WHEREAS, **MICHAEL BRAHAM**, inmate #231451, is confined at the Cheshire Correctional Institution, Cheshire, Connecticut, in the custody of the Commissioner of the Connecticut Department of Correction and jury selection is scheduled in this matter to take place **Monday, March 31, 2014** at **9:00 a.m.** with trial to follow and

WHEREAS it is necessary for the said **MICHAEL BRAHAM** to be before this court for said proceeding,

You are hereby commanded to deliver the said **MICHAEL BRAHAM** inmate #231451 to appear at the scheduled proceeding in **Courtroom 1** of the U.S. District Court for the District of Connecticut, 450 Main Street, Hartford, Connecticut, on **March 31, 2014** at **9:00 a.m.**, and to be returned to your custody immediately upon the conclusion of the proceeding.

SO ORDERED at Hartford, Connecticut this 18th day of March, 2014.

```
                              _____/s/_____
                              Donna F. Martinez
                              United States Magistrate Judge
```