```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
MICHAEL BRAHAM,                       :
                                      :
     Plaintiff,                       :
                                      :
     v.                               :    CASE NO.  3:08cv1564(DEW)
                                      :
THERESA LANTZ, et al.,                :
                                      :
     Defendants.                      :
```

                        WRIT OF HABEAS CORPUS

TO: James Dzurenda, Commissioner of the Connecticut Department of Correction, Jon Brighthaupt, the Warden of Cheshire Correctional Institution, or any of their Deputies,

WHEREAS, **JAMAL JENKINS**, inmate #153681, is confined at the Cheshire Correctional Institution, Cheshire, Connecticut, in the custody of the Commissioner of the Connecticut Department of Correction and trial is scheduled in this matter to take place in which he is expected to testify **Tuesday, April 1, 2014 at 9:30 a.m. in Courtroom 1** and

WHEREAS it is necessary for the said **JAMAL JENKINS** to be before this court for said proceeding,

You are hereby commanded to deliver the said **JAMAL JENKINS** inmate #153681 to appear at the scheduled proceeding in **Courtroom 1** of the U.S. District Court for the District of Connecticut, 450 Main Street, Hartford, Connecticut, on **April 1, 2014** at **9:30 a.m.**, and to be returned to your custody immediately upon the conclusion of his testimony.

SO ORDERED at Hartford, Connecticut this 25th day of March, 2014.

                              _____/s/_____
                              Donna F. Martinez
                              United States Magistrate Judge